**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dominique E.B.; D.L.E., Jr.; and Dontay L.C.,[1]

Plaintiffs,

v.

Social Security Administration, *or other filing departments*,

Defendant.

Civ. No. 25-4727 (JWB/DJF)

**ORDER**

---

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on January 6, 2026. (Doc. No. 5.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The January 6, 2026 Report and Recommendation (Doc. No. 5) is **ACCEPTED**;

2. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

3. Plaintiff Dominique B.'s application to proceed in forma pauperis (Doc.

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in social security appeals such as the present case.

No. 2) is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 2, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge